JAP:LXN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M-10-179**

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

VAUGHN L. WRIGHT,
    also known as
    "Michael Thompson," and
    "Micel Thompson,"

             Defendant.

- - - - - - - - - - - - - - - X

AFFIDAVIT AND COMPLAINT
IN SUPPORT OF AN ARREST
WARRANT

(8 U.S.C.
§§ 1326(a) and
1326(b)(2))

EASTERN DISTRICT OF NEW YORK, SS:

      RAJEEV BHATIA, being duly sworn, deposes and states

that he is a Special Agent with United States Immigration and

Customs Enforcement assigned to the Document and Benefit Fraud

Task Force, duly appointed according to law and acting as such.

      On or about August 22, 2009, within the Eastern

District of New York and elsewhere, the defendant VAUGHN L.

WRIGHT, also known as "Michael Thompson" and "Micel Thompson," an

alien who had previously been deported from the United States

after a conviction for the commission of an aggravated felony,

was found in the United States, without the Secretary of the

Department of Homeland Security having expressly consented to

such alien's applying for admission.

      (Title 8, United States Code, Section 1326(b)(2)).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.     I am a Special Agent with United States Immigration and Customs Enforcement ("ICE") and assigned to the Document and Benefit Fraud Task Force.  I have been involved in an investigation of an organized scheme to procure New York State driver's licenses, learner's permits, and identification cards for convicted felons, illegal aliens, and others, using stolen identities.  The investigation has revealed that an individual who acts as a broker (the "Broker") who, in exchange for a fee ranging from several thousand dollars to as much as $10,000 dollars, helps his customers obtain New York State identification documents from the Department of Motor Vehicles ("DMV") in other people's identities.  To carry out the scheme, after the Broker obtains a stolen identity, the Broker pays a DMV employee who works in the Harlem DMV office to verify whether the DMV has already issued an identification document in that identity.  The Broker then obtains various documents in that identity (for example, a birth certificate, Social Security card, phony employee identification card, W-2s, and pay stubs) for the customer to submit along with an application for a New York State

_____

[1]     Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

driver's license, permit, or identification card. The Broker takes his customers to the DMV office in Yonkers, New York, where a DMV employee (the "DMV employee") and criminal confederate of the Broker's, processes the fraudulent application in exchange for a payment from the Broker.

2. In connection with the investigation, ICE officials reviewed all applications processed by the DMV employee. One of the applications for a New York driver's license was in the name of Michael Thompson. The photograph associated with the driver's license application was checked against an FBI database. The database indicated that the photo for Michael Thompson was a match for the defendant VAUGHN L. WRIGHT. ICE officials reviewed criminal history records associated with the defendant VAUGHN L. WRIGHT.

3. ICE officials also requested from the FBI fingerprint cards associated with the defendant VAUGHN L. WRIGHT. The fingerprint cards and the criminal history records indicated that on August 22, 2009, the defendant VAUGHN L. WRIGHT, using the name "Michael Thompson" was arrested by the New York City Police Department ("NYPD"), 75th Precinct, in Brooklyn, New York, for False Impersonation, in violation of Section 190.23 of the New York State Penal Law, a class B misdemeanor. In connection with the arrest, the defendant was fingerprinted.

4. On August 23, 2009, the Court ordered an

adjournment in contemplation of dismissal, and released the
defendant VAUGHN L. WRIGHT.  ICE officials were not notified of
the defendant's arrest at that time.

5.  ICE officials determined that on or about December
12, 2002, the defendant, VAUGHN L. WRIGHT, had been convicted of
Criminal Possession of a Controlled Substance in the Fourth
Degree, in violation of Section 220.09 of the New York Penal Law,
an aggravated felony, and was sentenced to 18 months'
imprisonment and 2 years' supervised release.

6.  ICE officials also determined that on or about May
21, 2003, the defendant, VAUGHN L. WRIGHT, had been removed as an
aggravated felon from the United States to Jamaica pursuant to an
Order of Removal dated April 4, 2003.

7.  An ICE official with fingerprint analysis training
compared the fingerprints taken in connection with the
defendant's arrest underlying his December 12, 2002 conviction;
the fingerprints taken in connection with the defendant's May 21,
2003 removal; and the fingerprints taken in connection with the
defendant's August 22, 2009 arrest, and determined that all three
sets of fingerprints were made by the same individual.

8.  In addition, I compared the photograph associated
with "Michael Thompson's" driver's license application with the
photograph associated with Vaughn L. Wright's arrest underlying

his December 12, 2002 conviction and determined that it is the same person.

9.    A preliminary search of ICE files has revealed that there exists no request by the defendant VAUGHN L. WRIGHT, also known as "Michael Thompson" and "Micel Thompson," for permission from the Secretary of the Department of Homeland Security, successor to the Attorney General, to re-enter the United States after deportation.

WHEREFORE, your deponent respectfully requests that the defendant VAUGHN L. WRIGHT, also known as "Michael Thompson" and "Micel Thompson," be dealt with according to law.

RAJEEV VHATPIA
Special Agent
United States Immigration and
Customs Enforcement


Sworn to before me this
22nd day of February, 2010


THE HON. VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK